UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: PATRICIA GOWER WALKER | CASE NO. 07-00375-5-ATS |
| DEBTOR | CHAPTER 13 |

### DEBTOR'S RESPONSE TO BRANCH BANKLING &TRUST'S MOTION FOR RELIEF FROM STAY

**NOW COMES** the debtor, by and through undersigned counsel, and responds to the Motion for Relief from Stay filed by Branch Banking & Trust (hereinafter "creditor") on February 8, 2008 and requests a hearing in this matter.

**WHEREFORE**, the debtor prays the Court as follows:

1. That the creditor's motion be denied.

2. That a hearing be set in this matter.

3. For such other and further relief as the Court deems just and proper.

Dated: February 25, 2008

/s/ Travis Sasser
Travis Sasser
Attorney for debtor
State Bar No. 26707
875 Walnut Street, Suite 342
Cary, NC 27511
Tel: 919.319.7400
Fax: 919.657.7400
tsasser@carybankruptcy.com

## CERTIFICATE OF SERVICE

      The foregoing Debtor's Response to Motion For Relief From Stay to be served on the below listed entities, by mailing a copy by depositing it in the United States Mail, by First Class Mail, in a properly addressed envelope with adequate postage thereon.

    John F. Logan
    Chapter 13 Trustee
    *Served Electronically*

    James S. Livermon, III
    Attorney for Branch Banking & Trust
    *Served Electronically*

    Patricia Walker
    4213 Bluewing Road
    Raleigh, NC 27616-8548

    Dated: February 25, 2008

                                      /s/ Gayla P. Jacobs
                                      Gayla P. Jacobs
                                      875 Walnut Street, Suite 342
                                      Cary, NC 27511
                                      Tel: 919.319.7400
                                      Fax: 919.657.7400